COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
Sortwell, Inc. dba
Amnav Maritime Services

E-filing

VRW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Complaint of ) Case No.: CV 08 5167
)
Sortwell, Inc. dba Amnav Maritime Services, ) **NOTICE OF ACTION BROUGHT**
) **FOR EXONERATION FROM OR**
Plaintiff, ) **LIMITATION OF LIABILITY**
)
For Exoneration from or Limitation of )
Liability. )
)

NOTICE IS HEREBY GIVEN that plaintiff, SORTWELL, INC. dba AMNAV MARITIME SERVICES, has on November 14, 2008, filed a complaint wherein it claims the losses, damages and injuries allegedly sustained by, or incurred upon, or in any manner arising out of, the operation of a tug named "INDEPENDENCE" Official No. 1196784, on or around May 14, 2008, were not the result of any negligence on its part or any unseaworthiness of the vessel or that any such negligence or unseaworthiness was without the knowledge or privity of plaintiff.

All persons, entities, or firms having claims for such loss, damage or injury must file their claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims, on or before ___March 20, 2009___, with the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, and serve on or mail a copy thereof to plaintiff's attorneys, COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190

-1-

Case No. _____

NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

The Embarcadero, San Francisco, California 94105, Attention: Richard C. Wootton, or be defaulted.

Any claimant desiring to contest the right of the plaintiff to exoneration from or limitation of liability must also file an answer to the said complaint, unless his or her claim has contained an answer, and serve on or mail to plaintiff's attorneys a copy thereof on or before the date set forth above, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims.

Dated: December 22, 2008

_____
JUDGE, U.S. DISTRICT COURT

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf/2606

-2-                                   Case No. _____
NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY