| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
| | Christopher S. Kieliger (SBN 209121) |
| 3 | 190 The Embarcadero |
| | San Francisco, California 94105 |
| 4 | Telephone No.: (415) 438-4600 |
| | Facsimile No.: (415) 438-4601 |
| 5 | |
| | Attorneys for Plaintiff, |
| 6 | Sortwell, Inc. dba |
| | Amnav Maritime Services |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of | Case No.: CV-08-5167 VRW |
| Sortwell, Inc. dba Amnav Maritime Services, | **JOINT REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ATTENDANT DEADLINES [PROPOSED] ORDER** |
| Plaintiff, | |
| For Exoneration from or Limitation of Liability. | |
| | CMC Date: May 14, 2009 |
| | Trial Date: None Set |

Good cause exits for continuing the Initial Case Management Conference ("ICMC"), currently scheduled for May 14, 2009, as the parties are actively working toward an out of court settlement of this matter. *See* Declaration of Christopher S. Kieliger ("Kieliger Decl.") at ¶3. On November 14, 2008, plaintiff SORTWELL, INC. dba AMNAV MARITIME SERVICES, filed a complaint in this Court as owners of the tug INDEPENDENCE, Official No. 1196784 (the "Tug") seeking exoneration from or limitation of liability as provided for 46 U.S.C. §30501 *et.seq.*, for all losses, injuries, damages, and deaths resulting or arising from the Tug's allision with the Avon Wharf ("the wharf") on or about May 14, 2008.

This Court, in its December 22, 2008 Order Directing Issuance Of Monition and Injunction, issued an order that "all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject incident of the Tug admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before March 20, 2009." On January 28, 2009, plaintiff moved for, and the Court granted an order

AMN.AvonWharf/2606

-1- Case No. CV-08-5167 VRW
JOINT REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

continuing the ICMC until May 14, 2009 as no one had responded to the Monition nor would they be required to prior to the ICMC's originally scheduled date of February 19, 2009. On February 20, 2009, Tesoro Refining & Marketing Company ("Tesoro") filed its answer and claim alleging that it is the owner of the wharf that was allegedly damaged by the tug and claiming $7,879,240.00 in damages.

Sortwell and Tesoro have been diligently working toward an out of court settlement of this matter. Kieliger Decl. at ¶4. To that end Tesoro has provided Sortwell with boxes of documents which it alleges support its claim for damages and Sortwell has retained a number of experts to review those documents. Kieliger Decl. at ¶5. In addition to a multitude of conference calls concerning the matter, Sortwell's counsel and economic loss expert met with Tesoro at its San Antonio offices to discuss its claim. Kieliger Decl. at ¶6. The parties plan a further meeting at the end of May to discuss Tesoro's claims relating to the construction repair costs. Kieliger Decl. at ¶7. In addition, plaintiff will file, by the end of April, a motion for entry of default as to all parties not answering the Monition. Kieliger Decl. at ¶8.

Continuance of the ICMC for three months serves the interest of judicial economy as it allows the parties to review the documents already exchanged, informally address questions and concerns relating to the amount of damages and meet on at least one more occasion to discuss an informal resolution of this matter. Kieliger Decl. at ¶9. That settlement could be reached as early as July 2009. Kieliger Decl. at ¶10. Plaintiff therefore requests that the Initial Case Management Conference currently scheduled for May 14, 2009 be continued until August 13, 2009, along with the attendant deadlines.

Dated: April 22, 2009

    COX, WOOTTON, GRIFFIN,
    HANSEN & POULOS, LLP
    Attorneys for Plaintiff,
    SORTWELL, INC DBA AMNAV
    MARITIME SERVICES

    By: _____
          Christopher S. Kieliger

Dated: April 22, 2009

DAIGLE, FISSE & KESSENICH
Attorneys *pro hac vice* for Claimant,
TESORO REFINING AND MARKETING
COMPANY

By: _____Chris Kielitz for + authorized by:_____
John Frederick Kessenich

## [PROPOSED] ORDER

Pursuant to the parties stipulated request above, and good cause having been shown, the Initial Case Management Conference scheduled for May 14, 2009 is continued until August 13, 2009.

The parties ADR Certification, Stipulation to ADR Process and meet and confer pursuant to FRCP 26(f) to be completed by July 23, 2009.

Last day to file Rule 26(f) Report – August 6, 2009.

IT IS SO ORDERED

Dated: April 27, 2009    _____

**GRANTED**
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf2606

-3-    Case No. CV-08-5167 VRW
JOINT REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER