1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Richard C. Wootton (SBN 88390)
   Christopher S. Kieliger (SBN 209121)
3  190 The Embarcadero
   San Francisco, California 94105
4  Telephone No.: (415) 438-4600
   Facsimile No.: (415) 438-4601
5
   Attorneys for Plaintiff,
6  Sortwell, Inc. dba
   Amnav Maritime Services
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10  In the Matter of the Complaint of          ) Case No.: CV-08-5167 VRW
                                               )
11  Sortwell, Inc. dba Amnav Maritime Services,) **JOINT REQUEST FOR**
                                               ) **CONTINUANCE OF INITIAL CASE**
12                    Plaintiff,               ) **MANAGEMENT CONFERENCE**
                                               ) **AND ATTENDANT DEADLINES**
13  For Exoneration from or Limitation of      ) [~~PROPOSED~~] ORDER
    Liability.                                 )
14  ─────────────────────────────────────────  )
                                               ) CMC Date: August 13, 2009
15                                             ) Trial Date: None Set

16  **I.      INTRODUCTION**

17          Good cause exits for continuing the Initial Case Management Conference

18  ("ICMC"), currently scheduled for August 13, 2009, as plaintiff Sortwell, Inc. dba Amnav

19  Maritime Services ("Sortwell") has proposed a $2,000,000.00 (Two Million Dollar) without

20  prejudice advance payment on settlement to claimant Tesoro Refining & Marketing Co.

21  ("Tesoro"). *See* Declaration of Christopher S. Kieliger ("Kieliger Decl.") at ¶3.  Sortwell

22  and Tesoro are currently working to finalize the terms of that agreement.  Kieliger Decl. at ¶

23  4. As evidenced by Sortwell's proposal, the parties are actively working toward an out of

24  court settlement of this matter.  Kieliger Decl. at ¶ 5.  The parties seek a three month

25  continuance of the ICMC to allow the parties to further pursue that settlement.

26  **II.     PROCEDURAL HISTORY**

27          On November 14, 2008, Sortwell, filed a complaint in this Court as owners of the

28  tug INDEPENDENCE, Official No. 1196784 (the "Tug") seeking exoneration from or

    limitation of liability as provided for 46 U.S.C. §30501 *et.seq.*, for all losses, injuries,

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf2606

damages, and deaths resulting or arising from the Tug's allision with the Avon Wharf ("the wharf") on or about May 14, 2008.

This Court, in its December 22, 2008 Order Directing Issuance Of Monition and Injunction, issued an order that "all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject incident of the Tug admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before March 20, 2009." On January 28, 2009, plaintiff moved for, and the Court granted an order continuing the ICMC until May 14, 2009, as no one responded to the Monition nor would they be required to prior to the ICMC's originally scheduled date of February 19, 2009. On February 23, 2009, Tesoro filed its answer and claim alleging that it is the owner of the wharf that was allegedly damaged by the Tug and claiming $7,879,240.00 in damages.

On April 27, 2009, this Court granted a joint request by the parties to continue the ICMC from May 14, 2009 to August 13, 2009. An Order Entering Default of All Non-Appearing Claimants was issued on May 8, 2009.

**III.    GOOD CAUSE EXISTS FOR CONTINUANCE OF THE ICMC**

As evidenced by Sortwell's proposal of a $2,000,000 without prejudice advance payment on settlement, the parties are diligently working toward an out of court resolution of this matter. Kieliger Decl. at ¶¶ 3-5. Tesoro has provided Sortwell with boxes of documents which it alleges support its claim for damages and Sortwell has retained a number of experts to review those documents. Kieliger Decl. at ¶6. Sortwell's counsel and economic loss expert met with Tesoro at its San Antonio offices to discuss its claim. Kieliger Decl. at ¶7. In addition, the parties and experts participated in an all day meeting at the Tesoro facility on May 21, 2009, to discuss Tesoro's claims relating to the construction repair costs. Kieliger Decl. at ¶8. At that meeting Sortwell requested, and Tesoro agreed to provide additional documentation in support of its claim. Kieliger Decl. at ¶9.

Continuance of the ICMC for three months serves the interest of judicial economy as it allows the parties to finalize the terms of the $2,000,000 without prejudice advance

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf/2606

payment on settlement agreement, review the documents requested at the May 21, 2009 meeting, informally address questions and concerns relating to the amount of damages and meet on at least one more occasion to discuss an informal resolution of this matter. Kieliger Decl. at ¶10. That settlement could be reached as early as October 2009. Kieliger Decl. at ¶11. Plaintiff therefore requests that the Initial Case Management Conference currently scheduled for August 13, 2009, be continued until November 12, 2009, along with the attendant deadlines.

Dated: July 14 , 2009

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Plaintiff,
SORTWELL, INC DBA AMNAV
MARITIME SERVICES

By: _____
Christopher S. Kieliger

Dated: July 14 , 2009

DAIGLE, FISSE & KESSENICH
Attorneys *pro hac vice* for Claimant,
TESORO REFINING AND MARKETING
COMPANY

By: _____
John Frederick Kessenich

**[PROPOSED]** ORDER

Pursuant to the parties stipulated request above, and good cause having been shown, the Initial Case Management Conference scheduled for August 13, 2009 is continued until November 12, 2009.

The parties ADR Certification, Stipulation to ADR Process and meet and confer pursuant to FRCP 26(f) to be completed by October 22, 2009.

Last day to file Rule 26(f) Report – November 5, 2009.

IT IS SO ORDERED

Dated: July 20 , 2009

_____
JUDGE OF THE
For the Northern Di

GRANTED
Judge Vaughn R Walker

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

150 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf2606

Case No. CV-08-5167 VRW

JOINT REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER