**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
Sortwell, Inc. dba
Amnav Maritime Services

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>Sortwell, Inc. dba Amnav Maritime Services,<br><br>Plaintiff,<br><br>For Exoneration from or Limitation of Liability. | Case No.: CV-08-5167 VRW<br><br>**JOINT REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ATTENDANT DEADLINES [PROPOSED] ORDER**<br><br>CMC Date: November 12, 2009<br>Trial Date: None Set |

## I. INTRODUCTION

Good cause exits for continuing the Initial Case Management Conference ("ICMC"), currently scheduled for November 12, 2009, as plaintiff Sortwell, Inc. dba Amnav Maritime Services ("Sortwell") *has made a $2,000,000.00 (Two Million Dollar) without prejudice advance payment on settlement to claimant Tesoro Refining & Marketing Co*. ("Tesoro"). *See* Declaration of Christopher S. Kieliger ("Kieliger Decl.") at ¶3. Sortwell and Tesoro are currently working towards a full and final settlement. Kieliger Decl. at ¶ 4. As evidenced by Sortwell's $2,000,000.00 payment, the parties are actively working toward a final out of court settlement of this matter. Kieliger Decl. at ¶ 5. The parties seek a 90 day continuance continuance of the ICMC to allow the parties to fully settle this matter.

## II. PROCEDURAL HISTORY

On November 14, 2008, Sortwell, filed a complaint in this Court as owners of the tug INDEPENDENCE, Official No. 1196784 (the "Tug") seeking exoneration from or

limitation of liability as provided for 46 U.S.C. §30501 *et.seq.*, for all losses, injuries, damages, and deaths resulting or arising from the Tug's allision with the Avon Wharf ("the wharf") on or about May 14, 2008.

This Court, in its December 22, 2008 Order Directing Issuance Of Monition and Injunction, issued an order that "all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject incident of the Tug admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before March 20, 2009." On January 28, 2009, plaintiff moved for, and the Court granted an order continuing the ICMC until May 14, 2009, because no one responded to the Monition nor would they be required to prior to the ICMC's originally scheduled date of February 19, 2009. On February 23, 2009, Tesoro filed its answer and claim alleging that it is the owner of the wharf that was allegedly damaged by the Tug and claiming $7,879,240.00 in damages.

On April 27, 2009, this Court granted a joint request by the parties to continue the ICMC from May 14, 2009 to August 13, 2009. An Order Entering Default of All Non-Appearing Claimants was issued on May 8, 2009. On July 20, 2009, this Court granted a continuance of the April 13, 2009 ICMC to November 12, 2009 to allow the parties to finalize a without prejudice advance payment on settlement agreement.

### III.   GOOD CAUSE EXISTS FOR CONTINUANCE OF THE ICMC

As evidenced by ***Sortwell's payment of a $2,000,000.00*** without prejudice advance payment on settlement, the parties are diligently working toward a out of court settlement this matter. Kieliger Decl. at ¶¶ 3-5. Tesoro has provided Sortwell with boxes of documents which it alleges support its claim for damages and Sortwell has retained a number of experts to review those documents. Kieliger Decl. at ¶6. Sortwell's counsel and economic loss expert met with Tesoro at its San Antonio offices to discuss its claim. Kieliger Decl. at ¶7. In addition, the parties and experts participated in an all day meeting at the Tesoro facility on May 21, 2009, to discuss Tesoro's claims relating to the construction repair costs. Kieliger Decl. at ¶8. At that meeting Sortwell requested, and
COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf/2606

Tesoro agreed to provide additional documentation in support of its claim. Kieliger Decl. at ¶9. Tesoro has now provided a number of the documents requested. Kieliger Decl. at ¶10.

Continuance of the ICMC for 90 days serves the interest of judicial economy as it allows the parties to finalize a full settlement after Sortwell's without prejudice advance payment on settlement of $2,000,000, review the outstanding documents requested at the May 21, 2009 meeting, informally address questions and concerns relating to the outstanding amount of damages and meet on at least one more occasion to discuss final resolution of this matter. Kieliger Decl. at ¶11. That final settlement could be reached as early as January 2010. Kieliger Decl. at ¶12. Plaintiff therefore requests that the Initial Case Management Conference currently scheduled for November 12, 2009, be continued until February 11, 2010, along with the attendant deadlines.

Dated: October 21, 2009      COX, WOOTTON, GRIFFIN,
                             HANSEN & POULOS, LLP
                             Attorneys for Plaintiff,
                             SORTWELL, INC DBA AMNAV
                             MARITIME SERVICES

                             By: _____/s/_____
                                 Christopher S. Kieliger

Dated: October 21, 2009      DAIGLE, FISSE & KESSENICH
                             Attorneys *pro hac vice* for Claimant,
                             TESORO REFINING AND MARKETING
                             COMPANY

                             By: _____/s/_____
                                 John Frederick Kessenich

## [PROPOSED] ORDER

Pursuant to the parties stipulated request above, and good cause having been shown, the Initial Case Management Conference scheduled for November 12, 2009 is continued until February 11, 2010.

The parties ADR Certification, Stipulation to ADR Process and meet and confer pursuant to FRCP 26(f) to be completed by January 21, 2010.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf/2606

Last day to file Rule 26(f) Report – February 4, 2010.

IT IS SO ORDERED

Dated: October __21__, 2009    _____
JUDGE OF THE U.S. DISTRICT COURT
For the Northern District of California



COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

AMN.AvonWharf/2606