UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SORTWELL, INC. dba AMNAV MARITIME SERVICES,<br><br>Plaintiffs,<br><br>For Exoneration from or Limitation of Liability | No. CV08-5167 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

## **STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

///

///

///

///

///

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

300046124.1

ADR STIPULATION, PROPOSED ORDER
CASE NO. CV08-5167-VRW

The parties agree to participate in private mediation with JAMS or another mutually agreeable provider. The parties believe that mediation will be more effective after significant discovery and therefore agree to hold the ADR session within 180 days from the date of the order referring the case to an ADR process.

Dated: January 21, 2010     COX, WOOTON, GRIFFIN, HANSEN & POULOS, LLP

By:    /s/ Christopher S. Kieliger
       Christopher S. Kieliger
       *Attorneys for Plaintiff*
       SORTWELL, INC. DBA AMNAV MARITIME SERVICES

Dated: January 21, 2010     MANATT, PHELPS & PHILLIPS, LLP.

By:    /s/ Ann M. Heimberger
       Ann M. Heimberger
       *Attorneys for Defendant*
       TESORO REFINING AND MARKETING COMPANY

*Filer's Attestation: Pursuant to General Order No. 45, Section X.(B.) regarding signatures,* **Ann M. Heimberger** *hereby attests that concurrence in the filing of this document has been obtained.*

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR to be completed within 180 days from the date of this order.

**IT IS SO ORDERED.**

Dated: January 26, 2010

*IT IS SO ORDERED*
Judge Vaughn R Walker

300045899.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO