IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of Sortwell, Inc. | NO. C 08-05167 JW |
| | **ORDER GRANTING STIPULATION IN PART; MODIFYING CASE SCHEDULE** |

Presently before the Court is the parties' Stipulation and Proposed Order Regarding Various Scheduling Dates. (Docket Item No. 46.) The parties contend that certain dates should be extended to provide both parties with more time for the completion of discovery. (Id. at 2.) Further, the parties contend that "completion of discovery will . . . maximize the chance of this matter being resolved through a meaningful mediation." (Id.) The parties contend that they "have met and conferred regarding ADR and are in the process of scheduling a mediation with JAMS with a probable date in June, 2011." (See Docket Item No. 44 at 5.)

Upon review, the Court finds good cause to grant a brief extension of time to allow for mediation. In addition, because this case was recently transferred to this Court, the Court modifies the case schedule to coincide with its pretrial practices. Accordingly, the Court MODIFIES the Case Schedule as follows:

(1) The Court sets **July 11, 2011 at 10 a.m.** for a Preliminary Pretrial Conference. On or before **July 1, 2011**, the parties shall file a Joint Pretrial Statement which includes, *inter alia*, an update on the parties' mediation effort and proposed schedules for trial.

(2) All discovery shall close on **September 9, 2011**.

(3) The last date for hearing dispositive motions will be on **November 7, 2011**.

Dated: May 4, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Christopher S. Kieliger ckieliger@cwghp.com
Richard Craig Wootton rwootton@cwghp.com

**Dated: May 4, 2011**                                **Richard W. Wieking, Clerk**

                                                    **By:      /s/ JW Chambers            **
                                                          **Susan Imbriani**
                                                          **Courtroom Deputy**