IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of Sortwell, Inc. | NO. C 08-05167 JW |
| | **ORDER REQUESTING SUPPLEMENTAL JOINT STATEMENT** |
| / | |

Presently before the Court is the parties' Joint/Stipulated Request for Case Management Conference. (See Docket Item No. 50.) In their Stipulation the parties move the Court for an Interim Case Management Conference to discuss amendment of the July 6, 2011 Preliminary Pretrial Order,[1] setting the case for trial, on the grounds that: (1) the time allotted each side is insufficient; (2) a conflict exists with Defendant's counsel for the set trial dates; and (3) the set schedule does not address the issue of whether the limitation of liability claim pursuant to 46 U.S.C. §§ 30501, *et seq.* should be bifurcated from the issue of Defendant's damages. (Id. at 2.)

Upon review, although there may be good cause to amend the Court's Preliminary Pretrial Order, the Court cannot do so based on the parties' Joint/Stipulated request at this time because it lacks sufficient details. Accordingly, on or before **August 10, 2011,** the parties shall file a Supplemental Joint Statement that includes:

---

[1] (See Docket Item No. 49.)

(1) A clearly delineated and detailed explanation from both parties on the issue of whether the limitation of liability claim pursuant to 46 U.S.C. §§ 30501, *et seq.* should be bifurcated from the issue of Defendant's damages;

(2) A detailed explanation of Defendant's counsel's trial schedule conflict and a good faith proposed trial schedule in light of the conflict; and

(3) A detailed explanation as to any additional trial hours requested by either party.

Dated: August 5, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Christopher S. Kieliger ckieliger@cwghp.com
Mitchell S. Griffin mgriffin@cwghp.com
Richard Craig Wootton rwootton@cwghp.com

**Dated:  August 5, 2011**                              **Richard W. Wieking, Clerk**

                                                        **By:      /s/ JW Chambers**
                                                              **Susan Imbriani**
                                                              **Courtroom Deputy**