**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of Sortwell, Inc. | NO. C 08-05167 JW |
| | **ORDER VACATING TRIAL SCHEDULE** |
| _____/ | |

On July 6, 2011, the Court set a trial schedule in this matter pursuant to the parties' Joint Pretrial Statement. (Docket Item No. 49.) On August 10, 2011, the parties filed a Joint Statement in which they contended that: (1) Petitioner-in-Limitation Sortwell, Inc., d/b/a AmNav Maritime Services ("AmNav") intend to file a Motion for Bifurcation to move the Court to try AmNav's claim for limitation of liability separate from, and prior to, Claimant Tesoro Refining and Marketing Company's ("Tesoro") claim for damages; (2) Tesoro's counsel has a scheduling conflict with the trial schedule, which is currently set to begin on February 21, 2012; and (3) the trial of all issues in this case will require ten to twelve full Court days. (See Docket Item No. 52 at 2-3.) On August 11, 2011, AmNav filed its Motion to Bifurcate, which is noticed for October 17, 2011. (See Docket Item No. 53.)

In light of the pending Motion to Bifurcate and counsel's apparent conflict with the trial schedule as set, the Court finds good cause to VACATE the trial schedule at this time. The Court will set a new date for a Preliminary Pretrial Conference in its order addressing the Motion to Bifurcate.

Dated: August 18, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Christopher S. Kieliger ckieliger@cwghp.com
Mitchell S. Griffin mgriffin@cwghp.com
Richard Craig Wootton rwootton@cwghp.com

**Dated: August 18, 2011**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
        **Susan Imbriani**
        **Courtroom Deputy**