IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the Complaint of Sortwell, Inc. dba Amnav Maritime Services. | NO. C 08-05167 JW<br><br>**ORDER RE. STIPULATED PROTECTIVE ORDER** |

On August 24, 2011, the parties submitted a Stipulated Protective Order. (See Docket Item No. 57.) Upon review, the Court finds it more efficient to direct the parties to use one of the Court's model forms of Stipulated Protective Order for Standard Litigation. To the extent the parties wish to propose any deviation from the model form, they should do so by redline.

Accordingly, on or before **September 2, 2011**, the parties shall submit a revised form of their Stipulated Protective Order based on one of the Court's model forms available in the "Forms" section of the Court's website (www.cand.uscourts.gov). Pending entry of the final form of the Stipulated Protective Order, the handling of confidential information shall be governed by the provisions of the Court's model Stipulated Protective Order for Standard Litigation.

Dated: August 25, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Christopher S. Kieliger ckieliger@cwghp.com
Mitchell S. Griffin mgriffin@cwghp.com
Richard Craig Wootton rwootton@cwghp.com

**Dated: August 25, 2011**          **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
        **Susan Imbriani**
        **Courtroom Deputy**

2