| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
| | Mitchell S. Griffin (SBN 114881) |
| 3 | Email: rwootton@cwghp.com |
| 4 | 190 The Embarcadero |
| | San Francisco, California 94105 |
| 5 | Telephone:  (415) 438-4600 |
| | Facsimile:  (415) 438-4601 |
| 6 | Attorneys for Plaintiff, Sortwell, Inc. dba |
| 7 | Amnav Maritime Services |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | Case No.: **CV08-5167 JJW** |
| COMPLAINT OF SORTWELL, INC. dba | ) | |
| AMNAV MARITIME SERVICES, | ) | **STIPULATED REQUEST AND** |
| Plaintiffs, | ) | **[PROPOSED] ORDER** |
| | ) | **PERMITTING DELIVERY AND** |
| For Exoneration from or Limitation of | ) | **USE OF EQUIPMENT TO THE** |
| Liability | ) | **COURTROOM FOR THE** |
| | ) | **DURATION OF TRIAL** |
| | ) | |
| _____ | ) | **TRIAL DATE: 3/27/12** |

Petitioner-in-Limitation Sortwell Inc. dba AmNav Maritime Services ("AmNav") and Tesoro Refining and Marketing Company hereby jointly request an Order granting Plaintiff and Defendant permission to deliver and use certain equipment at the trial of this matter.  The following equipment is needed to present evidence, background information and argument regarding the issues to be decided by the Court:

  (a) Computers;

  (b) 5-7 LCD Desktop monitors;

  (c) Projector;

  (d) Screen;

  (e) Switch boxes;

  (f) Power strips;

  (g) A/V carts;

  (h) Cabling;

(i) Dolly Carts for Joint Trial Exhibit binders

(j) Boxes containing trial files and exhibits

(k) Tech tables

(l) ELMO Visual Presenter

Further, the parties request permission to have access to the courtroom to set up the above equipment beginning at 3:00 p.m. on Monday, March 26, 2012 so that this equipment and material can be arranged in Courtroom 9, 19th Floor, prior to trial on March 27, 2012.

For the foregoing reasons, the parties respectfully request that the Court enter the attached Proposed Order granting this Stipulated Request permitting the use of the listed equipment for the duration of the trial.

Dated: March 22, 2012

**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Attorneys for Plaintiff,
SORTWELL, INC dba
AMNAV MARITIME SERVICES

By:  /S/ Richard C. Wootton
     Richard C. Wootton

Dated: March 22, 2012

DAIGLE, FISSE & KESSENICH
Attorneys *pro hac vice* for Claimant,
TESORO REFINING AND MARKETING COMPANY

By:  /S/ John Frederick Kessenich
     John Frederick Kessenich

**[PROPOSED] ORDER**

Pursuant to the parties stipulated request above, and good cause having been shown, IT IS HEREBY ORDERED that the parties may deliver and use the equipment listed above at the trial of this matter. The parties may access the courtroom to set up the above equipment beginning at 3:00 p.m. on Monday, March 26, 2012.

Dated: March 22, 2012    *James Ware*
                          JUDGE OF THE U.S. DISTRICT COURT
                          For the Northern District of California