1

**COX, WOOTTON, GRIFFIN,**
**HANSEN & POULOS, LLP**

2

Richard C. Wootton (SBN 88390)
Mitchell S. Griffin (SBN 114881)

3

Email: rwootton@cwghp.com

4

190 The Embarcadero
San Francisco, California 94105

5

Telephone:  (415) 438-4600
Facsimile:  (415) 438-4601

6

Attorneys for Plaintiff, Sortwell, Inc. dba
Amnav Maritime Services

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

IN THE MATTER OF THE              )
COMPLAINT OF SORTWELL, INC. dba )

Case No.: **CV08-5167 JJW**

11

AMNAV MARITIME SERVICES,     )

12

                              Plaintiffs,     )

**STIPULATED REQUEST AND**
**[~~PROPOSED~~] ORDER**

13

For Exoneration from or Limitation of     )
Liability                              )

**PERMITTING DELIVERY AND**
**USE OF EQUIPMENT TO THE**
**COURTROOM FOR THE**
**DURATION OF TRIAL**

14

                                     )

15

_____ )

**TRIAL DATE: 3/27/12**

16

        Petitioner-in-Limitation Sortwell Inc. dba AmNav Maritime Services ("AmNav")

17

and Tesoro Refining and Marketing Company hereby jointly request an Order granting

18

Plaintiff and Defendant permission to deliver and use certain equipment at the trial of this

19

matter.  The following equipment is needed to present evidence, background information

20

and argument regarding the issues to be decided by the Court:

21

        (a)  Computers;

22

        (b)  5-7 LCD Desktop monitors;

23

        (c)  Projector;

24

        (d)  Screen;

25

        (e)  Switch boxes;

26

        (f)  Power strips;

27

        (g)  A/V carts;

28

        (h)  Cabling;

1        (i)  Dolly Carts for Joint Trial Exhibit binders

2        (j)  Boxes containing trial files and exhibits

3        (k)  Tech tables

4        (l)  ELMO Visual Presenter

5        Further, the parties request permission to have access to the courtroom to set up the

6    above equipment beginning at 3:00 p.m. on Monday, March 26, 2012 so that this equipment

7    and material can be arranged in Courtroom 9, 19th Floor, prior to trial on March 27, 2012.

8        For the foregoing reasons, the parties respectfully request that the Court enter the

9    attached Proposed Order granting this Stipulated Request permitting the use of the listed

10   equipment for the duration of the trial.

11   Dated: March 22, 2012
             **COX, WOOTTON, GRIFFIN,**
12           **HANSEN & POULOS, LLP**
             Attorneys for Plaintiff,
13           SORTWELL, INC dba
             AMNAV MARITIME SERVICES

14
         By:      /S/ Richard C. Wootton
15             Richard C. Wootton

16   Dated: March 22, 2012
             DAIGLE, FISSE & KESSENICH
17           Attorneys *pro hac vice* for Claimant,
             TESORO REFINING AND MARKETING
18           COMPANY

19       By:      /S/ John Frederick Kessenich
               John Frederick Kessenich
20
     **[PROPOSED] ORDER**
21
         Pursuant to the parties stipulated request above, and good cause having been shown,
22
     IT IS HEREBY ORDERED that the parties may deliver and use the equipment listed above
23
     at the trial of this matter.  The parties may access the courtroom to set up the above
24
     equipment beginning at 3:00 p.m. on Monday, March 26, 2012.
25

26       Dated: March _22_, 2012      _James Ware_

27           JUDGE OF THE U.S. DISTRICT COURT
             For the Northern District of California
28