IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of Sortwell, Inc. | NO. C 08-05167 JW |
| | **ORDER VACATING TRIAL DATES; SETTING STATUS CONFERENCE RE. SETTLEMENT** |

/

This case is scheduled for a bench trial beginning on March 27, 2012. On March 23, 2012, the parties conducted a settlement conference with Magistrate Judge Corley. On March 26, 2012, Judge Corley issued a Minute Order indicating that the parties have reached a settlement. (See Docket Item No. 80.) In light of the settlement, the Court VACATES all trial dates.

The Court sets **May 21, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **May 11, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: March 26, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Christopher S. Kieliger ckieliger@cwghp.com
Jon Anthony Van Steenis jvansteenis@daiglefisse.com
Mitchell S. Griffin mgriffin@cwghp.com
Richard Craig Wootton rwootton@cwghp.com

**Dated:  March 26, 2012**                                              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
           **Susan Imbriani**
           **Courtroom Deputy**

**United States District Court**
For the Northern District of California