IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of Sortwell, Inc. | NO. C 08-05167 JW |
| | **ORDER CONTINUING STATUS CONFERENCE RE. SETTLEMENT** |
| _____ / | |

On March 26, 2012, the Court vacated all trial dates in this case in light of the fact that the parties had reached a settlement. (See Docket Item No. 81.) In its Order vacating those trial dates, the Court ordered the parties to either file a stipulated dismissal or a joint status statement apprising the Court of the status of the settlement on or before May 11, 2012. (Id.) Pursuant to that Order, the parties filed a Joint Status Statement in which they contended that the parties have "executed" a "Settlement Agreement and Release" whose funding is scheduled to take place on or before May 25, 2012. (See Docket Item No. 83.) Accordingly, the parties request a brief extension of the time within which they may finalize their settlement and file a dismissal of this action. (Id. at 2.)

In light of the parties' contentions regarding the status of their settlement, the Court finds good cause to CONTINUE the May 21 Status Conference re. Settlement in this case to **June 11, 2012 at 10 a.m.** On or before **June 1, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement and how much additional time is requested to finalize and file a dismissal.

Dated: May 14, 2012

*James Ware*
JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann M. Heimberger aheimberger@manatt.com
Christopher S. Kieliger ckieliger@cwghp.com
Jon Anthony Van Steenis jvansteenis@daiglefisse.com
Mitchell S. Griffin mgriffin@cwghp.com
Richard Craig Wootton rwootton@cwghp.com

**Dated:  May 14, 2012**                                            **Richard W. Wieking, Clerk**


**By:      /s/ JW Chambers
                William Noble
                Courtroom Deputy**

**United States District Court**
For the Northern District of California